UNSEALED PER ORDER

United States District Court
Southern District of Texas
FILED
OCT 2 2 2008
Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **H-08-668** |
| vs. | § § | Criminal No. H-08- |
| LINDA L. JOHNSON | § § § | **SEALED** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(False Statement – 18 U.S.C. § 1001 and 2)

On or about July 15, 2006, in the Houston Division of the Southern District of Texas, the defendant,

**LINDA L. JOHNSON,**

aided and abetted by another, in a matter within the jurisdiction of the Federal Emergency Management Agency (FEMA), made and used a false document knowing that the document contained a materially false, fictitious and fraudulent statement, in that she submitted to FEMA a manipulated Entergy utility bill in an attempt to provide proof that she had resided at 3416 Metropolitan Street, New Orleans, Louisiana, an address she had listed as her primary residence in her claim for Hurricane Katrina disaster assistance. The Entergy utility bill was manipulated to appear the bill

was addressed to Linda L. Johnson for service at 3416 Metropolitan Street, New Orleans, LA, when in fact the original bill was addressed to Christopher Patterson for service at 3239 Metropolitan Street, New Orleans, LA.

In violation of Title 18, United States Code, Sections 1001 and 2.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

_____
FOREPERSON OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
United States Attorney

BY: _____
Jennifer Lowery
Assistant United States Attorney